## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMIT KANODIA and IFTIKAR AHMED,<br><br>Defendants, and<br><br>RAKITFI HOLDINGS, LLC, a Virginia Limited Liability Company, and LINCOLN CHARITABLE FOUNDATION, a supposed charity,<br><br>Relief Defendants. | Civil Action No. 15-cv-13042-ADB |

## STATUS REPORT

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this status report.

On October 27, 2017, the SEC filed a status report (Doc. # 159) stating that it continued to engage in settlement negotiations with Defendant Iftikar Ahmed and that those discussions had reached a critical juncture.

The parties last spoke on the morning of December 18, 2017.  Since that time, the SEC has been conferring internally and anticipates that the parties will have further discussions later this week or early next week.  The SEC anticipates that it will file a status report in the coming weeks informing the Court whether the parties are able to reach a settlement in principle.

2

Dated: January 8, 2018

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Mark L. Williams*
Nicholas P. Heinke (Colo. Bar No. 38738)
Mark L. Williams (NY Bar. No. 4796611)
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO  80294
Phone:          (303) 844-1000
                     (303) 844-1071 (Heinke)
                     (303) 844-1027 (Williams)
E-mail:         HeinkeN@sec.gov
                     WilliamsML@sec.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

*/s/ Mark L. Williams*