**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 15-cv-13042-ADB |
| AMIT KANODIA and IFTIKAR AHMED, | ) ) ) ) | |
| Defendants, and | ) ) | |
| RAKITFI HOLDINGS, LLC, a Virginia Limited Liability Company, and LINCOLN CHARITABLE FOUNDATION, a supposed charity, | ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

**STATUS REPORT**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this status report to notify the Court that the parties have reached an agreement in principle to a settlement on all major terms of this case.

The parties anticipate that Defendant will submit a signed settlement offer in the coming weeks and undersigned counsel will submit the signed settlement offer and accompanying recommendation to the Commission for its consideration shortly thereafter. The SEC consists of five Commissioners, appointed by the President with the advice and consent of the Senate. *See* 15 U.S.C. § 78d(a). Only the Commissioners themselves may authorize the commencement of a securities enforcement action. *See* 15 U.S.C. § 78u(d)(1). Similarly, only the Commissioners have authority to settle such an action. *See* 17 C.F.R. § 202.5(f). Accordingly, the SEC

normally requires its staff to negotiate a proposed settlement, prepare a detailed written memorandum for review and comment by the various Offices and Divisions of the SEC, and then present the proposal for consideration by the Commissioners at one of the SEC's regular closed meetings – a process that normally requires several weeks.

    The SEC will file another status report in 90 days if the settlement has not yet been considered by the Commission.

Dated: March 20, 2018

    Respectfully submitted,

    U.S. SECURITIES AND EXCHANGE COMMISSION

    By its attorneys,

*/s/ Mark L. Williams*
Nicholas P. Heinke (Colo. Bar No. 38738)
Mark L. Williams (NY Bar. No. 4796611)
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO  80294
Phone:    (303) 844-1000
             (303) 844-1071 (Heinke)
             (303) 844-1027 (Williams)
E-mail:    HeinkeN@sec.gov
             WilliamsML@sec.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 20, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                     */s/ Mark L. Williams*